AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>_____JOURRELL DONTAI WILLIAMS_____<br>*Defendant* | )<br>)<br>)  Case No. 5:21-CR-1957-01<br>)<br>) |

FILED
CLERK, U.S. DISTRICT COURT

12/21/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___jb___ DEPUTY

## APPEARANCE BOND  21CM00314

### Defendant's Agreement

I, _____JOURRELL DONTAI WILLIAMS_____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

    ( X )  to appear for court proceedings;
    ( X )  if convicted, to surrender to serve a sentence that the court may impose; or /and
    ( X )  to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(  ) (1) This is a personal recognizance bond.

(  ) (2) This is an unsecured bond of $ _____ .

( X ) (3) This is a secured bond of $ __75,000.00_____ , secured by:

    ( X ) (a) $ __500.00_____ , in cash deposited with the court.

    (  ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

    If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    (  ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: _____

_____
*Defendant's signature*

_____BRITTNEY COURTNEY WILLIAMS_____                 [signature]    12/21/2021
*Surety/property owner – printed name*                    *Surety/property owner – signature and date*

_____JOHANIE BANEGAS_____                          [signature] Johanie Banegas   12/21/2021
*DEPUTY CLERK,*                                          *DEPUTY CLERK,*
*CENTRAL DISTRICT OF CALIFORNIA – printed name*          *CENTRAL DISTRICT OF CALIFORNIA – signature and date*

_____                 _____
*Surety/property owner – printed name*                    *Surety/property owner – signature and date*

CLERK OF COURT

Date: _____                             _____
                                                          *Signature of Clerk or Deputy Clerk*
                                                          *SOUTHERN DISTRICT OF TEXAS - LAREDO DIVISION*

Approved.

Date: _____                             _____
                                                          *United States Magistrate Judge Diana Song Quiroga*

AO 199A (Rev. 12/11) Order Setting Conditions of ReleasePage 1 of __3__ Pages

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  5:21-CR-1957-01 |
| JOURRELL DONTAI WILLIAMS | ) | |
| *Defendant* | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: United States Court House, 1300 Victoria Street, Laredo, Texas
*Place*

Final Pretrial Conference set in Courtroom 2C before Magistrate Judge John A Kazen.

on 2/3/2022 8:30 am
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 10/20) Additional Conditions of Release                                    Page _2_ of _3_ Pages

# ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____ Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____    _____
                                 *Custodian*                                         *Date*

( X ) (7) The defendant must:
( X ) (a) submit to supervision by and report for supervision to the   U.S. Probation Office in Los Angeles, California  ,
telephone number   (213) 894-3600/  , no later than  as directed.
                         (956) 786-0227
( X ) (b) continue or actively seek employment.
(   ) (c) continue or start an education program.
(   ) (d) surrender any passport to: _____
(   ) (e) not obtain a passport or other international travel document.
( X ) (f) abide by the following restrictions on personal association, residence, or travel:  Travel restricted to the counties supervised by U.S. Probation in Los Angeles, California. Travel permitted to Laredo, Texas, for case related obligations. No travel abroad.
( X ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including:  Victims, potential victims, and/or material witnesses.

(   ) (h) get medical or psychiatric treatment: _____

( ☐ ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____

( ☐ ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
( X ) (k) not possess a firearm, destructive device, or other weapon.
(   ) (l) not use alcohol (  ☐  ) at all (   ) excessively.
( X ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
( X ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
( X ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
( ☐ ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
    ( ☐ ) (i) **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____, or ( ☐ ) as directed by the pretrial services office or supervising officer; or
    ( ☐ ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
    ( ☐ ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or
    ( ☐ ) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
    **Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.
( ☐ ) (q) submit to the following location monitoring technology and comply with its requirements as directed:

AO 199B (Rev. 10/20) Additional Conditions of Release          Page 2 of 3 Pages, Cont'd

## ADDITIONAL CONDITIONS OF RELEASE

- ( ☐ ) (i) Location monitoring technology as directed by the pretrial services or supervising officer; or
- ( ☐ ) (ii) Voice Recognition; or
- ( ☐ ) (iii) Radio Frequency; or
- ( ☐ ) (iv) GPS.

( ☐ ) (r) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( X ) (s) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( X ) (t) not associate with any person engaging in criminal activities or who has been charged with or convicted of a felony offense, or who has been released on bail, probation, or parole.

(X) (u) follow all the instructions of the supervising officer, which shall include the Laredo USPO if supervised elsewhere.

AO 199C  (Rev. 09/08) Advice of Penalties                                                                                                             Page  3  of  3  Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
  (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
  (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
  (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
  (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

Laredo, Texas
_____
*City and State*

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: _____            _____
                                         *Judicial Officer's Signature*

                                         Diana Song Quiroga, United States Magistrate Judge
                                         _____
                                         *Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | § § | Docket No: | 5:21-CR-1957-01 |
| vs. | § § § | Pending in: | Southern District of Texas |
| | | | Laredo Division |
| JOURRELL DONTAI WILLIAMS | § § | Bond set: | $ 75,000.00 |
| Defendant. | § | Deposit: | $ 500.00 |

AFFIDAVIT OF OWNERSHIP OF
SECURITY FOR APPEARANCE BOND

I, BRITTNEY COURTNEY WILLIAMS, on oath hereby declare that I am the (owner/agent for the owner) of the $ 500.00 deposited as security on the appearance bond for the above-named defendant with the following:

☐ Cash

☑ Cashier's Check/Money Order (#_____, Bank:_____)

Said deposit is to be returned to the owner at the address listed below upon exoneration of this bond:

Name:      BRITTNEY COURTNEY WILLIAMS
Address:   1108 ADAMS WAY
           LOMPOC, CA 93436
Telephone: (805) 757-8289

*Any change in address must be made in writing, sworn to before a notary and submitted to the District Clerk's office.*

I, as owner/agent for the owner, subject said funds to the provisions of Criminal Local Rule 46.2 and consent and agree that should the defendant fail to abide by the conditions of release imposed by the Court, the Court may, upon notice to me of not less than 10 days, proceed to have said funds forfeited.

Signature Defendant (JOURRELL DONTAI WILLIAMS)      Signature Owner/Agent for Owner (BRITTNEY COURTNEY WILLIAMS)

SWORN TO AND SUBSCRIBED BEFORE ME on December 20, 2021 at LAREDO, TEXAS.

NATHAN OCHSNER, CLERK OF COURT

By:_____
Mayra Ramirez, Deputy Clerk